■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRY WATERS, Appellant. [699 NYS2d 292] —Appeal by the defendant from a judgment of the County Court, Westchester County (Lange, J.), rendered January 13, 1999, convicting him of attempted assault in the second degree, upon his plea of guilty, and imposing sentence.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SADARO WATERS, Appellant. [699 NYS2d 871] —Appeal by the defendant from a judgment of the County Court, Westchester County (LaCava, J.), rendered January 31, 1997, convicting him of burglary in the second degree, petit larceny, and resisting arrest, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that

branch of the defendant's omnibus motion which was to suppress identification testimony.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Mangano, P. J., Ritter, Goldstein and H. Miller, JJ., concur.